```
         DATE:    7/16/2007         AT:   9:30
BEFORE JUDGE JOANNA SEYBERT:

               CIVIL CAUSE FOR BENCH TRIAL

DOCKET NUMBER:    05-210

TITLE:   FREDERICK REHBERGER -V- MRW GROUP, INC.

APPEARANCES:

FOR PLAINTIFF(S):    MATTHEW DOLLINGER

FOR DEFENDANT(S):    MICHAEL JANNUZZI

REPORTERS: M. STEIGER; P. LOMBARDI

   X        CASE CALLED.

   X        COUNSEL FOR ALL SIDES PRESENT.

            COUNSEL FOR                        NOT PRESENT.

   X        OPENING STATEMENTS.

   X        WITNESS(ES) CALLED.

            OTHER
```